**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)    __ __ _ 8  4  2  8  1  3  1

4. **Debtor's address**

   **Principal place of business**

   _____
   Number        Street

   _____

   _____
   City                    State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City              State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number        Street

   _____

   _____
   City              State      ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

Debtor _____     Case number *(if known)*_____
         Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. § 101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❏ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

❏ Chapter 11. *Check all that apply*:

    ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❏ A plan is being filed with this petition.

    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❏ No

❏ Yes.   District _____   When _____   Case number _____
                                                MM / DD / YYYY

      District _____   When _____   Case number _____
                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❏ No

❏ Yes.   Debtor _____   Relationship _____

      District _____   When _05/20/2016_____
                                                MM / DD / YYYY

      Case number, if known _____

Debtor _____    Case number (if known)_____
      Name

**11. Why is the case filed in *this* district?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
                         Number        Street

                         _____

                         _____
                         City                          State        ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

**15. Estimated assets**

❑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million

❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

| Debtor | Intervention Energy Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING –  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/16
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Title President

John R. Zimmerman
Printed name

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date 5/20/16
MM / DD / YYYY

Stuart M. Brown
Printed name

DLA Piper LLP (US)
Firm name

1201    North Market Street, Suite 2100
Number    Street

Wilmington
City

DE    19801
State    ZIP Code

302-468-5700
Contact phone

stuart.brown@dlapiper.com
Email address

4050
Bar number

DE
State

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTERVENTION ENERGY HOLDINGS, LLC,<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 16-(___) |

<u>**ANSWER TO QUESTION 12 TO VOLUNTARY PETITION**</u>

Does the debtor own or have possession of any real property or personal property that needs immediate attention?

The above-captioned debtor (the "<u>Debtor</u>") does not believe it owns or possesses any real or personal property that (i) poses a threat of imminent and identifiable hazard to public health or safety, (ii) needs to be physically secured or protected from the weather, or (iii) includes perishable goods or assets that could quickly deteriorate.  The Debtor notes that it is not aware of the exact definition of "imminent and identifiable hazard" as used in this form.

**WRITTEN CONSENT OF THE MANAGERS OF**
**INTERVENTION ENERGY HOLDINGS, LLC**

**May 20, 2016**

Effective as of the date hereof, the Board of Managers (the "Board") of Intervention Energy Holdings, LLC (the "Company"), a Delaware limited liability company, acting pursuant to the organizational documents of the Company and applicable law, hereby approve and adopt the following resolutions with the same force and effect as if they were adopted at a duly constituted meeting of the Managers:

**WHEREAS**, the Managers have reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses;

**WHEREAS**, the Managers have had the opportunity to consult and confer with the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Managers desire to approve the following resolutions.

**NOW, THEREFORE, BE IT RESOLVED**, that the Managers have determined, in consultation with the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that John R. Zimmerman, President, and James Schliep, Chief Financial Officer and Treasurer, or such other person as the Managers will designate (each, an "Authorized Officer") is authorized and instructed to cause preparation of an appropriate voluntary petition as determined by him under Chapter 11 of the Bankruptcy Code on behalf of the Company.

**RESOLVED**, that the Company is hereby authorized and each Authorized Person shall be and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in such form and at such time as the Authorized Person executing said petition shall determine; and be it further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, or to borrow additional funds, either as a debtor in possession under Chapter 11 of the Bankruptcy Code or otherwise, and that the Authorized Person is hereby authorized and instructed, on behalf of and in the name of the Company, to

negotiate and agree with potential lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, and to execute and deliver appropriate agreements for such use of postpetition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) to such agreement(s), and to take such additional action and execute and deliver such other agreements, instruments, or documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such officer, in his sole discretion, may deem necessary or proper in connection with such further borrowings; and be it further

**RESOLVED**, that the law firm of DLA Piper LLP (US), located at 1251 Avenue of the Americas, New York, NY 10020, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of PJT Partners LP, located at 280 Park Avenue, New York, NY 10017, is hereby retained as investment banker for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that each Authorized Person of the Company is authorized and directed to employ any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, each Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an appropriate application for authority to retain the services of such firm(s); and it is further

**RESOLVED**, that each Authorized Person is authorized, empowered, and directed to execute, verify and/or file, or cause to be filed and/or executed or verified and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements, and papers; and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases, or any cash collateral usage contemplated thereby, with a view to the successful prosecution of the Chapter 11 Case; and be it further

**RESOLVED**, that each Authorized Person is hereby authorized, directed and empowered, in the name of and on behalf of the Company, (a) to take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (b) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (c) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person to be conclusive evidence of such approval; and

**RESOLVED**, that any Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Person shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

**RESOLVED**, that this consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned have duly executed this Written Consent in as of the date first set forth above.

MANAGERS of INTERVENTION ENERGY
HOLDINGS, LLC, a Delaware limited liability company

By: _____
Name: John Zimmerman
Title:   Chairperson, Board of Managers, Intervention Energy Holdings, LLC

By: _____
Name: Nathan Ebeling
Title:   Manager, Intervention Energy Holdings, LLC

By: _____
Name: Peter Gerhard
Title:   Manager, Intervention Energy Holdings, LLC

IN WITNESS WHEREOF, the undersigned have duly executed this Written Consent in as of the date first set forth above.

MANAGERS of INTERVENTION ENERGY
HOLDINGS, LLC, a Delaware limited liability company

By: _____
Name: John Zimmerman
Title:  Chairperson, Board of Managers, Intervention
Energy Holdings, LLC

By: _____
Name: Nathan Ebeling
Title:  Manager, Intervention Energy Holdings, LLC


By: _____
Name: Peter Gerhard
Title:  Manager, Intervention Energy Holdings, LLC

IN WITNESS WHEREOF, the undersigned have duly executed this Written Consent in as of the date first set forth above.

MANAGERS of INTERVENTION ENERGY HOLDINGS, LLC, a Delaware limited liability company

By: _____
Name: John Zimmerman
Title:  Chairperson, Board of Managers, Intervention Energy Holdings, LLC

By: _____
Name: Nathan Ebeling
Title:  Manager, Intervention Energy Holdings, LLC

By: _____
Name: Peter Gerhard
Title:  Manager, Intervention Energy Holdings, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTERVENTION ENERGY HOLDINGS, LLC, | Case No. 16-(___) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities/individuals own more than 10% of the Debtor.

| Shareholder | Percentage of Total Shares |
|---|---|
| Intervention Energy Investment Holdings, LLC | 84.73% |

Fill in this information to identify the case and this filing:

Debtor Name Intervention Energy Holdings, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                                (State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/16
              MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

JOHN ZUMWALT
Printed name

MANAGING MEMBER / PRESIDENT
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTERVENTION ENERGY HOLDINGS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-(___) |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Shareholder | Address of Equity Security Holder | Security Class | Number of Securities/Kind of Interest |
|---|---|---|---|
| INTERVENTION ENERGY INVESTMENT HOLDINGS, LLC | P.O. BOX 1028<br>MINOT, ND 58702 | Common Units | 22,000,000 Common Units |
| EIG ENERGY FUND XV-A, L.P. | 1700 PENNSYLVANIA AVE. NW SUITE 800<br>WASHINGTON, DC 20006 | Common Units | 1 Common Unit |
| ALAN MACKENZIE | [REDACTED] | Preferred | 10,000 Preferred A Units |
| ALEXANDRE DE LATOUR | [REDACTED] | Preferred | 20,000 Preferred A Units |
| ANTHONY BRIGODE | [REDACTED] | Preferred | 60,000 Preferred A Units |
| ARTHUR PALADINO | [REDACTED] | Preferred | 30,000 Preferred A Units |
| BENJAMIN CROSS AND STACEY CROSS | [REDACTED] | Preferred | 20,000 Preferred A Units |
| BIG PRAIRIE INVESTMENTS, LLC | C/O JAMES SCHLIEP<br>6501 25TH AVENUE NW<br>MINOT, ND 58703 | Preferred | 50,000 Preferred A Units |
| BORIS SHRAYER | [REDACTED] | Preferred | 100,000 Preferred A Units |
| BRADLEY C. FAY | [REDACTED] | Preferred | 16,000 Preferred A Units |
| BRENDA CATALANELLO | [REDACTED] | Preferred | 50,000 Preferred A Units |
| BRUCE & VICTORIA ROGOFF | [REDACTED] | Preferred | 20,000 Preferred A Units |
| C. HUNTER BOLL | [REDACTED] | Preferred | 100,000 Preferred A Units |

---

[1] This list serves as the disclosure required to be made by the Debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of December 15, 2015.  Address information for individual holders has been redacted to maintain confidentiality.

| Shareholder | Address of Equity Security Holder | Security Class | Number of Securities/Kind of Interest |
|---|---|---|---|
| CLARK FAMILY TRUST DATED 03-01-10, COLBY T. OR CHRISTOPHER J. CLARK, TRUSTEES | C/O COLBY CLARK 1306 10TH AVENUE SAN FRANCISCO, CA 94122 | Preferred | 10,000 Preferred A Units |
| DAVID RUSH | [REDACTED] | Preferred | 30,000 Preferred A Units |
| DESCHAMP INVESTMENTS, LLC | 224 SOURIS DRIVE MINOT, ND 58701 | Preferred | 90,000 Preferred A Units |
| DOUGLAS M. AND PAMELA F. EBELING TRUST, DOUGLAS M. BELING & PAMELA F. EBELING, TRUSTEES | C/O DOUGLAS EBELING 1926 BREEZY BAY ROAD BALSAM LAKE, WI 54810 | Preferred | 10,000 Preferred A Units |
| EBELING ENERGY, LLC | C/O NATHAN EBELING 1 LEA PLACE RYE, NY 10580 | Preferred | 200,000 Preferred A Units |
| JAMES BABB | [REDACTED] | Preferred | 20,000 Preferred A Units |
| JASON A. MRAZ | [REDACTED] | Preferred | 40,000 Preferred A Units |
| JAY EASTERLING | [REDACTED] | Preferred | 50,000 Preferred A Units |
| JOHN H. GROSSARTH | [REDACTED] | Preferred | 20,000 Preferred A Units |
| JOHN W. GROSSARTH | [REDACTED] | Preferred | 20,000 Preferred A Units |
| JOHN ZIMMERMAN | [REDACTED] | Preferred | 150,000 Preferred A Units |
| JOSEPH F. DOWNES TRUST U/A DTD 5/6/2009, JOSEPH F. DOWNES, TRUSTEE | C/O JOSEPH DOWNES 5 BERRYBROOK HOLLOW ORINDA, CA 94563 | Preferred | 50,000 Preferred A Units |
| JOSHUA B. PARKER | [REDACTED] | Preferred | 20,000 Preferred A Units |
| LARRY DORMOIS | [REDACTED] | Preferred | 20,000 Preferred A Units |
| LAUREN GERAGHTY | [REDACTED] | Preferred | 20,000 Preferred A Units |
| LORING ROBERTS, LLC | [REDACTED] | Preferred | 20,000 Preferred A Units |
| LOWELL BERNTSON | [REDACTED] | Preferred | 16,000 Preferred A Units |
| MAGIC CITY BEVERAGE CO. INC. | P.O. BOX 908 MINOT, ND 58702 | Preferred | 40,000 Preferred A Units |
| MARCELLO PORCELLI | [REDACTED] | Preferred | 50,000 Preferred A Units |
| MATTHEW M. POWELL | [REDACTED] | Preferred | 10,000 Preferred A Units |
| MATTHEW RUDGE | [REDACTED] | Preferred | 15,000 Preferred A Units |
| MICHAEL WASSERMAN | [REDACTED] | Preferred | 6,000 Preferred A Units |

| Shareholder | Address of Equity Security Holder | Security Class | Number of Securities/Kind of Interest |
|---|---|---|---|
| MONICA ROSE LANDRY TRUST DATED 12/15/03, MONICA R. LANDRY, TRUSTEE | 47 ATALAYA TERRACE SAN FRANCISCO, CA 94117 | Preferred | 64,492 Preferred A Units |
| NATHAN AND KAREN EBELING | [REDACTED] | Preferred | 100,000 Preferred A Units |
| ND OIL, LLC | 3500 JEFFERSON STREET SUITE 206 AUSTIN, TX 78731 | Preferred | 44,000 Preferred A Units |
| NORTH OAK BAKKEN, LLC | C/O DARIUS BROOKS 4086 25TH STREET SAN FRANCISCO, CA 94114 | Preferred | 25,000 Preferred A Units |
| PAUL AND ANGELA ZIMMERMAN | [REDACTED] | Preferred | 3,030 Preferred A Units |
| PAUL E. BACHMAN | [REDACTED] | Preferred | 68,138 Preferred A Units |
| PETER GERHARD | [REDACTED] | Preferred | 200,000 Preferred A Units |
| PETER ZIMMERMAN | [REDACTED] | Preferred | 20,000 Preferred A Units |
| RICHARD PUMA | [REDACTED] | Preferred | 30,000 Preferred A Units |
| RIEKE REVOCABLE TRUST | 18 AZALEA DRIVE MILL VALLEY, CA 94941 | Preferred | 20,000 Preferred A Units |
| ROGER TOLLEFSON | [REDACTED] | Preferred | 150,000 Preferred A Units |
| RYAN BYRNE | [REDACTED] | Preferred | 50,000 Preferred A Units |
| SAMIR TURK | [REDACTED] | Preferred | 45,000 Preferred A Units |
| SANDRA BRIGODE | [REDACTED] | Preferred | 60,000 Preferred A Units |
| SETH W. LAWRY | [REDACTED] | Preferred | 15,000 Preferred A Units |
| SOREN OBERG | [REDACTED] | Preferred | 15,000 Preferred A Units |
| TERRY FLECK | [REDACTED] | Preferred | 6,200 Preferred A Units |
| THE FORTNER FAMILY TRUST, JOHN M. FORTNER AND NICOLE M. FORTNER, TRUSTEES | C/O JOHN FORTNER 3155 INDIAN WAY LAFAYETTE, CA 94549 | Preferred | 20,000 Preferred A Units |
| THE HIGHLANDER FUND, L.P. | C/O ALAN MACKENZIE 40 MARLBOROUGH ROAD BRIARCLIFF MANOR, NY 10510 | Preferred | 35,000 Preferred A Units |
| TROY AND ALLISON THACKER FAMILY TRUST | 6 LONGFELLOW LANE HOUSTON, TX 77005 | Preferred | 50,000 Preferred A Units |
| WALLACE AND IRIS ECKMANN | [REDACTED] | Preferred | 40,000 Preferred A Units |
| WEST BRAND & CO | 900 SOUTH BROADWAY MINOT, ND 58701 | Preferred | 20,000 Preferred A Units |

| Shareholder | Address of Equity Security Holder | Security Class | Number of Securities/Kind of Interest |
|---|---|---|---|
| WILLIAM SHAW | [REDACTED] | Preferred | 3,210 Preferred A Units |
| JEFF FARSTAD | [REDACTED] | Preferred | 500,000 Preferred B Units |
| BUSHWOOD CC, LLP | 1013 SOUTHPORT LOOP BISMARK, ND 58504 | Preferred | 103,500 Preferred B Units |
| BORIS SHRAYER | [REDACTED] | Preferred | 100,000 Preferred B Units |
| ROBERT AND KATHY MAU | [REDACTED] | Preferred | 84,000 Preferred B Units |
| TOM MIDDLETON | [REDACTED] | Preferred | 67,000 Preferred B Units |
| ROGER TOLLEFSON | [REDACTED] | Preferred | 60,000 Preferred B Units |
| CHRISTINA YI | [REDACTED] | Preferred | 50,000 Preferred B Units |
| DUDLEY AND VIVIAN ZIMMERMAN | [REDACTED] | Preferred | 50,000 Preferred B Units |
| G CAP INVESTMENTS, LLC | [REDACTED] | Preferred | 42,000 Preferred B Units |
| S&L LEGACY TRUST DATED 2/12/97 | C/O SAPPHIRE CONSULTING GROUP 1425 S. COLLEGEVILLE ROAD COLLEGEVILLE, PA 19426 | Preferred | 42,000 Preferred B Units |
| SCHWARTZ HOLDINGS, LLLP | C/O DAN SCHWARTZ 7407 BLUE WATER COURT FT. COLLINS, CO 80525 | Preferred | 42,000 Preferred B Units |
| ROGER TOLLEFSON | [REDACTED] | Preferred | 40,000 Preferred B Units |
| RYLS HOLDINGS, LLC | 133 EASTON ROAD WESTPORT, CT 06880 | Preferred | 40,000 Preferred B Units |
| BEAVER INVESTMENTS, LLP | PO BOX 1723 MINOT, ND 58702 | Preferred | 39,000 Preferred B Units |
| DESCHAMPS INVESTMENTS, LLC | 224 SOURIS DRIVE MINOT, ND 58701 | Preferred | 33,000 Preferred B Units |
| LORING ROBERTS, LLC | C/O GRETCHEN BRIGDEN 925 HUDSON STREET HOBOKEN, NJ 07030 | Preferred | 25,000 Preferred B Units |
| DOUGLAS A. AND SHIRLEY K. WITIKKO | [REDACTED] | Preferred | 25,000 Preferred B Units |
| CRAIG TWETEN | [REDACTED] | Preferred | 20,000 Preferred B Units |
| PAUL AND ANGELA ZIMMERMAN | [REDACTED] | Preferred | 20,000 Preferred B Units |
| JASON AND DUSTY ZIMMERMAN | [REDACTED] | Preferred | 20,000 Preferred B Units |
| WALLACE AND IRIS ECKMANN | [REDACTED] | Preferred | 17,000 Preferred B Units |
| EBELING ENERGY, LLC | C/O NATHAN EBELING 1 LEA PLACE RYE, NY 10580 | Preferred | 17,000 Preferred B Units |

| Shareholder | Address of Equity Security Holder | Security Class | Number of Securities/Kind of Interest |
|---|---|---|---|
| MICHAEL L. AND JULANNE J. ELLINGSON | [REDACTED] | Preferred | 17,000 Preferred B Units |
| JOHN ZIMMERMAN | [REDACTED] | Preferred | 17,000 Preferred B Units |
| BRADLEY C. FAY | [REDACTED] | Preferred | 13,500 Preferred B Units |
| MICHAEL T. FITZMAURICE | [REDACTED] | Preferred | 8,000 Preferred B Units |
| TERRY FLECK | [REDACTED] | Preferred | 7,000 Preferred B Units |

---

Fill in this information to identify the case and this filing:

Debtor Name  Intervention Energy Holdings, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                    (State)

Case number (if known):  _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration  Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/20/16
              MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

JOHN ZIMMERMAN
Printed name

MANAGING MEMBER/PRESIDENT
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTERVENTION ENERGY HOLDINGS, LLC, | Case No. 16-(___) |
| Debtor. | |

## LIST OF CREDITORS WHO HAVE THE 20 LARGEST
## <u>UNSECURED CLAIMS AND ARE NOT INSIDERS</u>

The above-captioned debtor and debtor in possession (the "<u>Debtor</u>") hereby certifies that the *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtor's top 20 unsecured creditors (the "<u>Top 20 List</u>").  The list has been prepare from the unaudited books and records as of the Petition Date.  The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case.  The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims.  The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor.  Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.  The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____     Case number *(if known)*_____
　　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name __Intervention Energy Holdings, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __5/6/16__                     ✗ _____
MM / DD / YYYY                                Signature of individual signing on behalf of debtor

_____
                       __JOHN ZIMMERMAN__
Printed name

_____
__MANAGING MEMBER PARTNERS__
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors