## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTERVENTION ENERGY<br>HOLDINGS, LLC.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-11247 (KJC)<br><br>(Joint Administration Requested) |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its debtor affiliate, Intervention Energy, LLC (collectively, the "Debtors") hereby certify that the Creditor Matrix submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the Creditor Matrix is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the date hereof. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Creditor Matrix have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position.

475 17th Street Company LP
770 Sherman St
Denver, CO 80203


475 Investment Partners LLC
c/o 475 17th Street Company
by The Jones Realty Group Inc
475 17th Street Suite 940
Denver, CO 80202


ABH Baxter LLC
PO Box 1649
Austin, TX 78767


ADP LLC
400 W Covina Blvd
San Dimas, CA 91773


Agribank FCB
30 W 7th St Suite 1600
St Paul, MN 55101


Alan Mackenzie
40 Marlborough Road
Briarcliff Manor, NY 10510


Alex Maragos
PO Box 893
Minot, ND 58701


Alexandre De Latour
150 Southfield Avenue Apt 2336
Stamford, CT 06902


Alpine Oil Company
PO Box 2217
Midland, TX 79702


American Express
PO Box 0001
Los Angeles, CA 90096

Anne Hodge Livet
306 West 38th Street
7th Floor
New York, NY 10018


Anne Thompson Adams Attorney in Fact
for Mary Anne Cox Thompson
4221 W 109th Street
Seattle, WA 98146-1655


Anthony Brigode
4707 Aukai Avenue
Honolulu, HI 96816


Arch Insurance Company
311 S Wacker Dr  3700
Chicago, IL 60606


Arlene J Guenther
PO Box 2113
Williston, ND 58802


Arthur Paladino
196 Crest Drive
Paramus, NJ 07652


Asbjorn Haustveit Gertie StromHaustveit
Grimo
N 5777
Grimo Norway
Norway


Ascension Oil Gas LLC
PO Box 8927
Midland, TX 79708


Audimation Services Inc
1250 Wood Brank Park Dr Suite 480
Houston, TX 77079

Baillon Oilgas Corporation
332 Minnesota Street
Suite E 1404
Saint Paul, MN 55101


Baker Hughes Incorporated
2929 Allen Parkway
Houston, TX 77019


Bank of North Dakota
PO Box 5509
1200 Memorial Highway
Bismarck, NJ 58505


Bank of North Dakota Trust Department
600 E Boulevard Ave
Bismarck, ND 58505


Barbara Jean Hodgson
4375 Via Miguel
Yorba Linda, CA 92886


Barbara Kay Kvigne Rostad
14100 North Ragged Ridge Road
Hauser, ID 83854


Basin Service Company Inc
PO Box 397
Westhope, ND 58793


Bauer Family Trust
Frank E Bauer and Valerayn B Bauer Tr
2287 Leisure World
Mes, AZ 85206


Baytex Energy USA Ltd
600 17th St suite 700S
Denver, CO 80202

Beaver Investments LLP
1611 13 1/2 Street SW
Minot, ND 58701


Beaver Investments LLP
PO Box 1723
Minot, ND 58702-1273


Benjamin Cross And Stacey Cross
124 Cutler Road
Greenwich, CT 06831


Bernard Paulson
5820 Encina Road 1
Goleta, CA 93117


Beverly Mary Rick and David W Rick
2346 167th Avenue Southeast
Argusville, ND 58005


Big Prairie Investments LLC
c/o James Schliep
6501 25th Avenue NW
Minot, ND 58703


Boris Shrayer
80 Byram Ridge Road
Armonk, NY 10504


Boris Shrayer 2010 Grat U/A Dtd 12/28/10
Boris Shrayer Trustee c/o Boris Shrayer
80 Byram Ridge Road
Armonk, NY 10504


BP Corporation North America Inc
5900 Cherry Ave
Long Beach, CA 90805

BP Corporation North America Inc
Attn NAGP Credit Services Guarantees
201 Helios Way
Houston, TX 77079


BP Energy Company
Attn Financial Products Origination
201 Helios Way
Houston, TX 77079


BP Energy Company
Attn Contract Services
201 Helios Way
Houston, TX 77079


Bracewell Giuliani LLP
Attn Dewey J Gonsoulin Jr
711 Louisiana Street Suite 2300
Houston, TX 77002


Bracewell Giuliani LLP
PO Box 848566
Dallas, TX 75284


Brad McIntyre
PO Box 932
Cassleton, ND 58012


Bradley C Fay
547 S 7th Street Suite 993
Bismarck, ND 58504


Brenda Catalanello
272 Woodland Road
Madison, NJ 07940


Brian McIntyre
PO Box 732
Hillsboro, ND 58045

Brian R Bjella
3465 Gallatin Drive
Bismarck, ND 58504


Bruce Victoria Rogoff
603 Charles Court
River Vale, NJ 07675


Bryn C Parchman
1110 Bryn Mawr Road
Baltimore, MD 21210


Burke County Recorder
103 Maint St SW
PO Box 219
Bowbells, ND 58721


Bushwood CC LLP
1013 Southport Loop
Bismark, ND 58504


C Hunter Boll
3 Robinson Circle
Winchester, MA 01890


Camille Harris
7000 NW Danube Drive
Madras, OR 97741


CamQuest Systems LLC
21175 Tomball Pkwy Suite 175
Houston, TX 77070


Canadian Kenwood Company
730 Second Avenue South
Minneapolis, MN 55402


Carol Rhoades Melby
2020 N 8th Street
Bismarck, ND 58501

Carolyn Thurmond
520 Chateau Woods Parkway
Midland, TX 79702

Catherine Gathman
719 S Privet Way
Mesa, AZ 85208

Catherine Gathman
719 South Privet Way
Mesa, AZ 85208

Cawley Gillespie Associates Inc
306 W 7th St Suite 302
Fort Worth, TX 76102

Charles M Hodgson
4849 Aquila Lane North
New Hope, MN 55428

Charlie Sorenson
5850 94th Ave NW
Ross, ND 58776

Cherry Creek Insurance Agency
5660 Greenwood Plaza Blvd Suite 500
Greenwood Village, CO 80111

Choctaw Energy Limited Partnership
PO Box 6387
San Antonia, TX 78209

Christel LLC
2590 Cody Ct
Lakewood, CO 80215

Christina Yi
55 Cypress Way
Rolling Hills Estates, CA 90274

Clark Family Trust Dated 03 01 10Colby T
Or Christopher J Clark Trustees
c/o Colby Clark
1306 10th Avenue
San Francisco, CA 94122

Compuforms Data Products Inc
PO Box 101536
Fort Worth, TX 76185

Continental Resources Inc
PO Box 269000
Oklahoma City, OK 73126

Copperhead Corporation
PO Box 3086
Minot, ND 58702

Corporation Services Company
PO Box 13397
Philadelphia, PA 19101

Craig Tweten
3205 Woodside Drive Se
Minot, ND 58701

Crescent Point Energy U S Corporation
555 17th St Suite 1800
Denver, CO 80202

Darius Brooks
4086 25th St
San Francisco, CA 94114

Darlene Kinsey
4018 University
Williston, ND 58801

David Frank Elsik
711 W Ellaine
Pasadena, TX 77506

David Rush
2100 North Benson Road
Fairfield, CT 06824

David W Fischer
5749 83rd Street South
Grand Forks, ND 58201

Dean W Aafedt Trustee of the
Aafedt Family Mineral Trust
dated December 28 1992
PO Box 1949
Williston, ND 58802

Deanne L Wolf and James H Wolf
3979 89th Ave NW
PO Box 877
New Town, ND 58763-0877

Delaware Secretary Of State
Division Of Corporations
Franchise Tax Division
PO Box 898
Dover, DE 19903

Denbury Onshore LLC
5320 Legacy Drive
Plano, TX 75024

Dennis Gathman individually
and as Attorney in Fact for
Catherine Gathman a widow
9305 McClellan
Mesa, AZ 85207

Dennis Guenther
PO Box 2113
Williston, ND 58802

Deschamp Investments LLC
224 Souris Drive
Minot, ND 58701

Deschamps Investments LLC
224 Souris Dr
Minot, ND 58701

Diane Codona
PO Box 3438
Lake City, CA 96115

Dianne K Johnson
14829 2nd Ave NW
Marysville, WA 98271

Divide County Recorder
300 N Main St
Crosby, ND 58730

Division Of Unemployment Ins
Department Of Labor
4425 N Market Street
Wilmington, DE 19802

DLA Piper LLP
PO Box 75190
Baltimore, MD 21275

Dollarhide Energy Fund I LLC
PO Box 50119
Austin, TX 78763

Donna Fay Hauge Jenson
11 6th Street West
Velva, ND 58790

Douglas A And Shirley K Witikko
1022 4th St SE
Minot, ND 58701

Douglas M And Pamela F Ebeling Trust
Douglas M Ebeling Pamela F Ebeling
c/o Douglas Ebeling
1926 Breezy Bay Road
Balsam Lake, WI 54810


Drexler Colombo LLC
1714 Clay St 1
San Francisco, CA 94109


Dudley And Vivian Zimmerman
807 2nd St Ne
Minot, ND 58703


Dudley J Stuber Trustee
of the D J Stuber Land Royalty Trust
PO Box 1414
Dickinson, ND 58602-1414


Ebeling Energy LLC
c/o Nathan Ebeling
1 Lea Place
Rye, NY 10580


EIG Management Company LLC
Attn Robert L Vitale
Global Energy Partners
1700 Pennsylvania Ave NW Suite 800
Washington, DC 20006


EIG Management Company LLC
Attn Richard K Punches II
Three Allen Center
333 Clay Street Suite 4150
Houston, TX 77002


Elizabeth Martens
1410 Huntington
Rockledge, FL 32955-2661

Ellen M Reid and Daniel M Reid
PO Box 334
Stanley, ND 58784


Elmer Larsen Jr and Anne Jane Larsen
20222 Prince Creek Dr
Katy, TX 77450


Elonnie Paulson
75 209 Aloha Kona Dr
Kailua Kona, HI 96740


Elvira W Jestrab and Frank F Jestrab
The Carlton 309 4550 North Park Avenue
Chevy Chase, MD 20815


Emily Nichols
10555 W Jewell Ave 25 308
Lakewood, CO 80232


Emily R Jensen
75 Amy Lane
Cogan Station, PA 17728


Energy Fund XV A L P
c/o EIG Global Energy Partners
1700 Pennsylvania Avenue NW Suite 800
Washington, DC 20006


Energy Fund XV L P
1700 Pennsylvania Ave NW Suite 800
Washington, DC 20006


Energy Fund XV L P
c/o EIG Global Energy Partners
1700 Pennsylvania Avenue NW Suite 800
Washington, DC 20006


Energy One LLC
877 N 8th W
Riverton, WY 82501

Energy XV Blocker Intervention Warrant
c/o EIG Global Energy Partners
1700 Pennsylvania Avenue NW Suite 800
Washington, DC 20006


EOG Resources Inc
600 17th Street 1000N
Denver, CO 80202


Errol B Thvedt and Marcene K Thvedt
2912 46th Ave SE
Madan, ND 58554


Estate of Lillie Donner by Leland Donner
2614 Oak Ridge Dr
Clifton, TX 76634


Ethel Vangsness
505 32nd Ave SW B
Minot, ND 58701


Eugene Robert Blake
210 West Pennsylvania Ave
Townson, MD 21204


Evercore Group LLC
PO Box 5319
New York, NY 10150


Flatirons Resources LLC
303 E 17th Ave 940
Denver, CO 80203


Frank Montgomery
3450 Belmont
Casper, WY 82604


Fred Sorenson
5397 98th Drive NW
White Earth, ND 58794

G Cap Investments LLC
34 Broad Street Suite 2
Red Bank, NJ 07701


G3 Operating LLC
110 Cypress Station Drive
Suite 220
Houston, TX 77090


Gail C Howard and Bruce T Lindvig
Co Trustees of the Howard O Lindvig Fam
5133 Nicklaus Drive NW
Rochester, MN 55901


Gary G Sundquist and Beverly J Sundquist
1810 Souix St
Williston, ND 58801


George P Christensen
182 Sand Piper Loop
Helena, MT 59602


Gerald H Haugjorde
24 E 2nd Street
Williston, ND 58802


Geronimo Holding Corporation
PO Box 804
Midland, TX 79702


Hal E Sperber
1795 North Snow Canyone Parkway 50
St George, UT 84770


Hal E Sperber and Karen Susan Sperber
1795 N Snow Canyon Pkwy 90
St George, UT 84770


Hal E Sperber and Karen Susan Sperber
1795 North Snow Canyone Parkway 50
St George, UT 84770

Halcon Resources Operating Inc
5100 E Skelly Dr Suite 650
Tulsa, OK 74135

Hams Well Service Inc
10253 Highway 83
Westhope, ND 58793

Harvey Stevens
5334 Freemont Avenue North
Brooklyn Center, MN 55430

Hein Associates LLP
1999 Broadwa Suite 4000
Denver, CO 80202

Helen E Duncan
36419 Country Road 58
Crook, CO 80726

Helen E Duncan and Robert E Duncan
36419 County Rd 58
Crook, CO 80726

Helen E Duncan and Robert E Duncan
36419 Country Road 58
Crook, CO 80726

Hess Bakken Investments II
1209 Orange Street
Wilmington, DE 19801

Hess Corporation
1209 Orange Street
Wilmington, DE 19801

Horizon Royalties LLC/Medicine Bow Land
LLC/Odyssey Royalties LLC
PO Box 888
Littleton, CO 80160-0888

Howard Memorial Fund a Corp
by Robert Webb President
1735 South 1st Street
Aberdeen, SD 57401


Hugh J Meyer and Connie Meyer
PO Box 71
Westby, MT 59275


Hunt Oil Company
1900 North Akard St
Dallas, TX 75201


Huston Energy Corporation
PO Box 5318
Enid, OK 73702


Ila M Robinson
2636 18th Street S 8
Fargo, ND 58103


IMA Inc
1705 17th St Suite 100
Denver, CO 80202


Imagination Oil Partnership
1405 Library Circle
Grand Forks, ND 58201


Innovative Geo Tech Resources LLC
621 17th St Suite 1001
Denver, CO 80293


Integra
PO Box 2966
Milwaukee, WI 53201


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intervention Energy Investment Holdings
c/o John Zimmerman
6501 25th Avenue Nw
Minot, ND 58703


Ione A Reder
11703 Quall Creek Drive
Houston, TX 77070


Iverson Family Mineral Trust dtd 2/27/07
Dedrick M Iverson and Janice E Iverson
14852 38th St NW
Alexander, ND 58831


James Babb
3 Hendrie Drive
Old Greenwich, CT 06870


James Bakken
1401 21st St W
Hastings, MN 55033


James C Ergeson
7061 Enright Dr
Citrus Heights, CA 95621


James Stevens
PO Box 201
Fromberg, MT 59029


Janet L Skadeland Personal Representat
of the Estate of Donn Skadeland decease
PO Box 1446
Williston, ND 58802-1446


Jason A Mraz
11 Willow Place
Brooklyn, NY 11201

Jason And Dusty Zimmerman
1344 Hiawatha Street
Minot, ND 58701


Jason McIntyre
262 Lion Trail
Whitefish, MT 58012


Jay Easterling
352 Transylvania Avenue
Raleigh, NC 27609


Jean Doris Olson
25 24th St SW
Minot, ND 58701


Jeff Farstad
2905 11th St Se
Minot, ND 58701


Jeffrey and Tammi Moen
20500 Highway 52 North
Foxholm, ND 58718


Jeremy C Crews
602 2nd Ave E
Williston, ND 58801


Jeremy Goddard individually and heir to
Maybelle Saunders deceased
HCR 3 Box 88B
Watford City, ND 58854


Jerry E Lumley and Linda D Lumley
8320 74th Street NW
Stanley, ND 58784


Jesse Ellefson
198 Weaver Terrace Lane
Canyoneville, OR 97417

Jim Nicholls
1944 Manor Road
York, PA 17406


Jim Schliep
2916 Perry St
Denver, CO 80212


Jo Yvonne Coffman
174001 W Buena Vista Rd
Prosser, WA 99350


Jo Yvonne Coffman
174001 West Buena Vista Road
Prosesr, WA 99350


John A Dinwoodie asTrustee of Betty J
Dinwoodie Irrevocable Trust
3979 89th Ave NW
PO Box 877
New Town, ND 58763-0877


John D Rhoades
1600 High Point Curve
Burnsville, MN 55337


John H Grossarth
201 Carmel Drive
Lavallette, NJ 08735


John Markovich
2301 Pontiac St
Denver, CO 80207


John Nordtug
417 9th Street East
Willistion, ND 58801


John R Stuber and Deanna Kunza Stuber
3620 18th Stree S
Fargo, ND 58104

John W Grossarth
39 Ward Avenue
Rumson, NJ 07760

John Zimmerman
6501 25th Ave NW
Minot, ND 58703

Joseph F Downes Trust U/A Dtd 5/6/2009
c/o Joseph Downes
5 Berrybrook Hollow
Orinda, CA 94563

Joshua B Parker
33 Cottonwood Lane
Briarcliff Manor, NY 10510

Judith Preston
1612 North Aurora
East Wenatchee, WA 98002

Julia Watters
4642 Applewood Dr
Odessa, TX 79761

Karen Larsen
6103 Autumn Arbor Drive
Houston, TX 77092-2510

Karyn Johnsen Haley
PO Box 583
Troutdale, OR 97060-0583

Kathleen Blomberg and Dan Blomberg
807 1st Avenue East
Williston, ND 58801

Kerri Sordal
104 83 Torrey Pines Drive
Willis, TX 77318

Kerry P Hoffman
PO Box 277
Williston, ND 58802-0277

Kerry P Hoffman and Carol J Hoffman
PO Box 277
Williston, ND 58802-0277

Kerry Sticka
10703 Chatanike Look
Eagle River, AK 99577

Kim Anderson
12245 44th Avenue South
Tukwila, WA 98178

Kirkland Ellis LLP
600 Travis St Suite 3300
Houston, TX 77002

Kirkland Ellis LLP
Attn Brian E Schartz
600 Travis Street Suite 3300
Houston, TX 77002

Kirkland Ellis LLP
Attn Judson D Brown
655 Fifteenth Street N W
Washington, DC 20005-5793

Kirkland Ellis LLP
Attn Paul Basta
601 Lexington Avenue
New York, NY 10022

Klehr Harrison Harvey Branzburg LLP
Attn Domenic E Pacitti
919 Market Street Suite 1000
Wilmington, DE 19801-3062

Klehr Harrison Harvey Branzburg LLP
Attn Morton R Branzburg
1835 Market Street Suite 1400
Philadelphia, PA 19103


Kodiak Oil Gas Corp
1625 Broadway Suite 250
Denver, CO 80202


L A N D
PO Box 2703
Bismarck, ND 58502


Larry Dormois
1721 Bryn Mawr CV
Germantown, TN 38138


Lauren Geraghty
417 State Street
New Orleans, LA 70118


LaVern C Neff and Juanita I Neff
111 E Broadway
Williston, ND 58801


Laverne Stevens
1292 170th Street
Apt 7
St Croix Falls, WI 54024


LAWCO
2115 11th St W
Billings, MT 59102


Leanne Neset Abelmann
3382 Highway 85 North
Alexander, ND 58831


Leila C Hanson
2602 Denver Ave
Longmont, CO 80503

LeoMac LLC
PO Box 1028
Minot, ND 58702-1028


Leora Belle Torgerson Duane S Torgerson
PO Box 7
Tioga, ND 58852


Liberty Resources Management Company LL
1200 17th St Suite 2200
Denver, CO 80202


LICGF Denver Office Building Inc
5950 Sherry Ln 320
Dallas, TX 75225


Lime Rock Resources Operating Company
1111 Bagby Street
Heritage Plaza Suite 4600
Houston, TX 77002


Lincoln Property Co Commercial Inc
500 N Akard St 3300
Dallas, TX 75201


Lisa Lee and Clayton Lee
417 9th Street East
Williston, ND 58801


Lonal V Harding
PO Box 2829
Eugene, OR 97402


Loring Roberts LLC
c/o Gretchen Brigden
925 Hudson Street
Hoboken, NJ 07030


Lowell Berntson
6934 75 Street Se
Kulm, ND 58456

Lowes Printing Inc
129 5th Ave NW
PO BOX 1116
Minot, ND 58702


LRR Operating CO Inc
1111 Bagby Street
Heritage Plaza Suite 4600
Houston, TX 77002


LuVerne Tufto
Box 183
Berthold, ND 58718


Lyle Stevens
2025 9th Ave East
Williston, ND 58801


M Hawley LLC
1435 Wazee St Apt 308
Denver, CO 80202


Magic City Beverage Co Inc
PO Box 908
Minot, ND 58702


Manager of Finance City of Denver
PO BOX 17420
Denver, CO 80217


Manitowoc Mortgage Holding Company
3818 Gass Lake Road
Manitowoc, WI 54220


Marathon Oil Company
5555 San Felipe Street
Houston, TX 77056


Marcello Porcelli
364 Maspeth Avenue
Brooklyn, NY 11211

Mark A Metzger
7415 C M Station
Great Falls, MT 59406-7415

Mark R Western
2225 Flickertail Dr
Fargo, ND 58103

Marlow P Bakken
1311 Maple Street
Space 7
Wentachee, WA 98801

Marty Shaide as Trustee Ron Shaide Trust
PO Box 463
Fairview, MT 59221

Marv and Barb Semrau
904 18th Ave SW
Minot, ND 58701

Mary Jean Smith
25740 Rio Road
Richland, MO 65556

Mary Lou Metzger Stewart
125000 Lake Street Extenstion
Minnetonka, MN 55305-5181

Matthew Johnsen
2823 SE 174th
Portland, OR 97236

Matthew M Powell
756 Washington Street Apt 4A
New York, NY 10014

Matthew Rudge
518 Atlanta Street
Austin, TX 78703

Maurine T Cox
PO BOX 2217
Midland, TX 79702


Maury Ellefson and Debbie A Ellefson
5977 North Adams Drive
Madras, OR 97741


McKenzie County Recorder
201 5th St NW Suite 523
Waterford City, ND 58854


Melford Johnson
706 South Rosemont Street
Mesa, AZ 85206


Meridian Compensation Partners LLC
100 N Field Drive Suite 300
Lake Forest, IL 60045


MF Global Inc
717 Fifth Aveue 9th Floor
New York, NY 10022


Michael G Golden
PO Box 2734
Bismarck, ND 58502


Michael L And Julanne J Ellingson
1042 47th Place W
West Fargo, ND 58078


Michael L Hendricks
5292 East Otero Drive
Centennial, CO 80122


Michael L Sperber
PO Box 7266
Pueblo West, CO 81007-0266

Michael L Sperber and Linda K Sperber
PO BOX 7266
Pueblo West, CO 81007


Michael Ryan Attorney in Fact for
Gregory M Smith
1703 Vermont Street
Houston, TX 77006


Michael T Fitzmaurice
322 8th Avenue SE
Minot, ND 58701


Michael Wasserman
15 North Bridge Place
Mount Kisco, NY 10549


Micheal Sorenson
9039 59th Street
Ross, ND 58776


Mildred A Vizina
PO Box 108
Williston, ND 58801


Milton O Lindvig and Hilda Mae Lindvig
2610 Astronaut Dr
Bismarck, ND 58503


Minot Area Chamber of Commerce
1020 20th Ave SW
Minot, ND 58701


MJ Oil LLC
2405 West 4 J Road
Gillette, WY 82718


Monica Rose Landry Trust Dated 12/15/03
c/o Monica Landry
47 Atalaya Terrace
San Francisco, CA 94117

Mountrail County Recorder
101 S Main St
PO Box 69
Stanley, ND 58784


Murex Petroleum Corporation
363 North Sam Houston Pkwy E Suite 200
Houston, TX 77060


Myra G Ahrens
1154 Red Oak Dr
Avon, IN 46123


Nate Ebeling
1 Lea Place
Rye, NY 10580


Nathan And Karen Ebeling
1 Lea Place
Rye, NY 10580


Nathan Hawley
1435 Wazee St Apt 308
Denver, CO 80202


ND Department of Trust Lands
1707 North 9th St
PO Box 5523
Bismarck, ND 58506


Nd Oil LLC
3500 Jefferson Street Suite 206
Austin, TX 78731


Netherland Sewell Associates Inc
2100 Ross Ave 2200
Dallas, TX 75201


Newfield Production Company
1001 17th St 2000
Denver, CO 80202

North Central Electric Cooperative
538 11th St W 1
Bottineau, ND 58318


North Dakota Industrial Commission
600 E Boulevard Ave 14
Bismarck, ND 58505


North Dakota Petroleum Council
100 W Broadway Ave 200
Bismarck, ND 58501


North Dakota State Land Department
1707 North 9th Street
PO Box 5523
Bismarck, ND 58506


North Oak Bakken LLC
c/o Darius Brooks
4086 25th Street
San Francisco, CA 94114


Northern Industries
10253 US 83
PO Box 23
Westhope, ND 58793


Oasis Petroleum North America LLC
1001 Fannin Street Suite 1500
Houston, TX 77002


Office of Natural Resources Revenue
PO BOX 25627
Denver, CO 80225


Office of the United States Trustee
Attn Mark Kenney
844 King Street Suite 2313 Lockbox 35
Wilmington, DE 19801-3519

Oil Gas Information Systems Inc
5801 Edwards Ranch Rd 200
Fort Worth, TX 76109


OpTeryx Mineral Management LP
500 W Texas Ave 805
Midland, TX 79701


Orthwein Energy LP
PO Box 14180
Oklahoma City, OK 73113


OXY USA Inc
5 Greenway Plaza 110
Houston, TX 77046


Pamela J Hegge and Carroll F Hegge
1207 4th Avenue East
Williston, ND 58801


Patricia Ann Hodgson
35 Riley Lan
Kirkbutton
Hudderts Field England HD80SX
England


Paul And Angela Zimmerman
7897 Blue Venice Court
Las Vegas, NV 89117


Paul Christensen
15 Fairway
Minot, ND 58701


Paul E Bachman
527 Clark Street
Westfield, NJ 07090


Pauline J Ergeson
140 Kinne Lane
Selah, WA 98942

Peter A and Lynette R Nygaard
1010 Sycamore Avenue 314
South Pasadena, CA 91030


Peter A Nordell Trustee Alan L Nordell
Irrevocable Trust Dated 4/29/96
1010 Sycamore Avenue 314
South Pasadena, CA 91030


Peter Gerhard
2 Deputy Minister Drive
Colts Neck, NJ 07722


Peter Zimmerman
3465 Shadowwood Lane East
West Fargo, ND 58078


Petro Hunt LLC
2101 Cedar Springs Road Suite 600
Dallas, TX 75021


Petro Hunt LLC
600 17th St Suite 2550S
Denver, CO 80202


Pioneer Wireline Services LLC
191 Telluride St
Brighton, CO 80601


PitchBlack Oil LLC
PO Box 1404
Dickinson, ND 58602-1404


Pivot Accounting LLC
1801 Broadway
Denver, CO 80202


Postmaster USPS
117 5th Ave SW
Minot, ND 58701

Powers Energy Corporation
580 Kelley Blvd 8
North Attleborough, MA 02760


Priscilla and Charles North Reid
350 San Ysidro Road
Santa Barbara, CA 93108


Purcell Consulting Group Inc
2472 S Kearney St
Denver, CO 80222


R E Western Family LLLP
402 8th Ave SE Box 818
Stanley, ND 58784


Ralph M Hanson
1305 13th Ave W
Williston, ND 58801


Ralph M Hanson
1305 13th Avenue West
Williston, ND 58801


Raymond Jensen and Marie Jensen
329 2nd St
Nashwauk, MN 55769


Raymond Nygaard and Jean Marvaye Nygaard
8513 County 19 Northwest
Wildrose, ND 58795


Red Crown Royalties LLC
1490 W Canal Street Suite 3000
Littleton, CO 80120


RedDog Systems Inc
1100 639 5 Ave SW
Calgary,AB T2P 0M9
Canada

Redge L Harding and Lynda M Harding
PO Box 23506
Euguene, OR 97402

Resolute Northern Rockies LLC
1675 Broadway Suite 1950
Denver, CO 80202

Rhea Daire J Gambill and Robert Gambill
PO Box 24
Deadwood, OR 97430

Richard A and Patricia Pulvermacher
13025 96th St NW
Ambrose, ND 58833

Richard A and Patricia Pulvermacher
130295 96th St NW
Ambrose, ND 58833

Richard Puma
9 Walter Lane
Manhasset, NY 11030

Rieke Revocable Trust
18 Azalea Drive
Mill Valley, CA 94941

Robert And Kathy Mau
2501 6th Street Se Suite B
Minot, ND 58701

Robert and Marjorie Sordal
26856 Valpariso Dr
Mission Viejo, CA 92691

Robert Fry Jr
PO Box 7578
Tyler, TX 75711

Robert K Torgerson
2244 Darwin Circle
Henderson, NV 89014


Robert Williams
2503 18th Avenue NW
Rochester, MN 55901


Roger Tollefson
807 17th Ave NW
Minot, ND 58703


Ron Schloer
1330 23rd St
Puyallup, WA 98371


Roy Sibert
22318 590th Avenue
Hewitt, MN 56453


Royalty Interests Partnership LP
510 Bering Dr 600
Houston, TX 77057


Ruth D Robinson
423 1st Avenue East
Williston, ND 58801


Ryan Byrne
6 Hook Road
Rye, NY 10580


Ryder Scott Company L P
1100 Louisiana St Suite 4600
Houston, TX 77002


Ryls Holdings LLC
133 Easton Road
Westport, CT 06880

Sage Creek Oil Corporation
PO Box 20237
Billings, MT 59104


Samir Turk
1414 14th St Sw
Minot, ND 58701


Sandra Brigode
4707 Aukai Avenue
Honolulu, HI 96816


Sandra Wurgler
210 Heritage Circle
Rugby, ND 58368


Sara Sorenson
441 Lind Blvd
Harwood, ND 58042


Save Red Mike LLC
PO Box 850
Williston, ND 58801


Schwartz Holdings LLLP
c/o Dan Schwartz
7407 Blue Water Court
Ft Collins, CO 80525


Scott Williams
3604 17th Avenue South
Minneapolis, MN 55407


Secretary of State
Dept 108 600 E Boulevard Ave
Bismarck, ND 58505


Secretary of the Treasury
PO Box 7040
Dover, DE 19903

Securities Exchange Commission
New York Regional Office
Attn George S Canellos Regional Direc
3 World Financial Center Suite 400
New York, NY 10281-1022

Securities Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

Sequel Energy LLC
1600 Stout St Suite 1900
Denver, CO 80202

Seth W Lawry
370 Concord Road
Weston, MA 02493

Sharon Fry
2715 Rimdale
Dallas, TX 75228

Sheryl J Cowan
1020 East Highland Acres Road
Bismarck, ND 58501

SL Legacy Trust Dated 2/12/97
c/o Sapphire Consulting Group
1425 S Collegeville Road
Collegeville, PA 19426

Slawson Exploration Company Inc
1675 Broadway 1600
Denver, CO 80202

SM Energy Company
1775 Sherman Street Suite 1200
Denver, CO 80203

Soren Oberg
191 Kings Grant Road
Weston, MA 02493

SRT Communication Inc
3615 N Broadway
Minot, ND 58703-0408

St Paul Fire and Marine Ins Co
385 Washington St
St Paul, MN 55102

St Paul Fire Marine Insurance Company
385 Washington St
Saint Paul, MN 55102

Stacey Groves
23112 SE 285th St
Maple Valley, WA 98038

State Farm Insurance
816 31st Ave SW
Minot, ND 58701

State Farm Insurance
1 State Farm Plaza
Bloomington, IL 61710

State Of Delaware
820 N French Street
Division Of Revenue 8th Floor
Wilmington, DE 19801-0820

Statoil Oil Gas L P
PO Box 732267
Dallas, TX 75373

Statoil Oil Gas LP
2107 City West Blvd Suite 100
Houston, TX 77042

Stephen D Robinson
3405 Hartwell Court
Falls Church, VA 22042-3511

Steve Fry
8525 Auburn Drive
Tyler, TX 75703

Steve Montgomery
16202 Surrey Lane
Magnolia, TX 77355

Stomley Sales Consulting
12340 58th St NW
Epping, ND 58843

Superior Press
9440 Norwalk Blvd
Santa Fe Springs, CA 90670

Susan Bracken
PO Box 7550
Tyler, TX 75711

Susan Vining
1104 Eisenhower Drive
Minot, ND 58702

Teblez Kidane
4064 Waterhouse Road
Oakland, CA 94602-1841

Terry Allen Smith
6181 133rd NW
Williston, ND 58801

Terry Fleck
1859 Bonn Boulevard
Bismarck, ND 58501

Terry Nielsen
362 Kendale
Duellton, CA 32427

The Fortner Family Trust John M Fortner
c/o John Fortner
3155 Indian Way
Lafayette, CA 94549

The Highlander Fund L P
c/o Alan Mackenzie
40 Marlborough Road
Briarcliff Manor, NY 10510

Thomas C Rolfstad
PO Box 2016
Williston, ND 58802-2016

Thomas L and Loretta M Torgerson
PO Box 1727
Norman, OK 73070

Timberline Production Company LLC
800 Werner Court Suite 220
Casper, WY 82601

Tod G Maleckar
PO Box 2353
Williston, ND 58802-2353

Toini Hovland
20 30th Street NW
Minot, ND 58701

Tom Middleton
9841 N Jagged Circle
Fountain Hills, AZ 85268

TransZap Inc
Dept 3597
PO Box 123597
Dallas, TX 75312

Travelers
PO Box 660317
Dallas, TX 75266

Travelers Casualty Surety Company of
1 Tower Square
Hartford, CT 06183

Travelers Indemnity Company
1 Tower Square
Hartford, CT 06183

Travelers Property Casualty Co of Ameri
One Tower Square
Hartford, CT 06183

Travelers Property Casualty Company of
1 Tower Square
Hartford, CT 06183

Triangle USA Petroleum Corporation
1200 17th St 2600
Denver, CO 80202

Troy And Allison Thacker Family Trust
6 Longfellow Lane
Houston, TX 77005

Tyler G Goodman Jr ad Gorgene R Baustad
Co Trustees of The Trust dated 2/28/1992
PO Box 1344
Williston, ND 58802

U S Attorneys Office
PO Box 2046
1201 Market St Ste 1100
Wilmington, DE 19899-2046


UnitedHealthcare Insurance Company
233 N Michigan Ave 3
Chicago, IL 60601


UnitedHealthcare Insurance Company
Department CH 10151
Palatine, IL 60055


US Department of the Interior BLM
5001 Southgate Drive
Billings, MT 59101


Virginia C Atkinson Trustee Virginia C
Atkinson Trust Dated June 19 2000
1 Baldwin Avenue Apt 411
San Mateo, CA 94401-3848


Wallace And Iris Eckmann
2708 18th Avenue Sw
Minot, ND 58701


Walter C Mikel and Phyllis A Mikel
as Successor Trustees
1493 Elysian Avenue
Pomona, CA 91767


Wayne A Rhoades
900 Bruce Drive
Elgin, IL 60120


Wells Fargo Bank
406 Main Ave
Fargo, ND 58126

Wells Fargo Bank NA
3106 16th ST SW
Minot, ND 58701


West Brand Co
900 South Broadway
Minot, ND 58701


Whiting Oil and Gas Corporation
1700 Broadway 2300
Denver, CO 80290


Will Sorenson
1836 14th Avenue
Moline, IL 61265


William J Rhoades
13244 Lakeshore Drive Dr
Lakeside, CA 92040


William Shaw
13 Stratford Avenue
Garden City, NY 11530


Williams County a ND municipal corporat
205 E Broadway
Williston, ND 58801


Williams County Recorder
205 E Broadway
Williston, ND 58801


XTO Energy Inc
9127 S Jamaica St
Englewood, CO 80112


Zavanna LLC
1200 17th St Suite 2000
Denver, CO 80202

Zenergy Inc
6100 S Yale Ave 1700
Tulsa, OK 74136

Fill in this information to identify the case and this filing:

Debtor Name  Intervention Energy Holdings, LLC

United States Bankruptcy Court for the::_____ District of Delaware
                                                                    (State)

Case number (If known): 16-11247

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule _____*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) U*

☒    *Other document that requires a declaration* Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/24/16
                    MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

John Zimmerman
Printed name

Managing Member
Position or relationship to debtor