# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTERVENTION ENERGY<br>HOLDINGS, LLC<br><br>Debtor.<br>Employer's Tax Identification No.:<br>20-8428131 | Chapter 11<br><br>Case No. 16-(__) 11247 (KJC) |
| In re:<br><br>INTERVENTION ENERGY, LLC,<br><br>Debtor.<br>Employer's Tax Identification No.:<br>20-8428131 | Chapter 11<br><br>Case No. 16-(__) 11248 (KJC)<br><br>**Related Docket No. 3** |

## ORDER DIRECTING THE JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

This matter coming before the Court on the *Debtors' Motion for an Order Directing the Joint Administration of their Chapter 11 Cases* (the "Motion"),[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for In re: Intervention Energy Holdings, LLC, Case No. 16-11247 (KJC).

3. Parties in interest are directed to use the Proposed Caption, annexed hereto as Exhibit 1, when filing pleadings with the Court in the chapter 11 cases of the Debtors, indicating that the pleading relates to the jointly administered chapter 11 cases of "In re: Intervention Energy Holdings, LLC, *et al.*" The consolidated caption set forth in Exhibit 1 satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. A docket entry shall be made on the docket in the chapter 11 cases of each of the other Debtor entities substantially stating as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Intervention Energy Holdings, LLC (16-11247 (KJC)); and Intervention Energy, LLC (16-11248 (KJC)). All further pleadings and other papers in this chapter 11 case shall be filed in, and all further docket entries shall be made in, Case No. 16-11247(KJC) (Intervention Energy Holdings, LLC).

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

6. Nothing contained in the Motion or this Order shall be deemed or construed as precluding the Debtors from causing any of their non-Debtor affiliates from commencing voluntary cases under the Bankruptcy Code.

7. This Court shall retain jurisdiction over any and all matters arising from the interpretations or implementation of this Order.

Dated: _May 25_, 2016
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE